IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on July 9, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATIONS: |
| JEREMY LORENZO STEVENSON, | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) (Unlawful Distribution of More Than Five Grams of Methamphetamine) |
| Defendant. | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) (Unlawful Distribution of More Than Five Grams of Methamphetamine) |
| | 21 U.S.C. § 843(b) (Using a Communication Facility to Facilitate a Drug Trafficking Felony) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about March 19, 2019, in the District of Columbia, the defendant, **JEREMY LORENZO STEVENSON**, did knowingly and intentionally distribute more than five grams of methamphetamine, a Schedule II controlled substance.

(Unlawful Distribution of More Than Five Grams of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii))

## COUNT TWO

On or about March 19, 2019, in the District of Columbia, the defendant, **JEREMY LORENZO STEVENSON**, did knowingly and intentionally use any communication facility, namely a phone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the offense set forth in Count One of this indictment incorporated by reference herein.

(Using a Communication Facility to Facilitate a Drug Trafficking Felony, in violation of Title 21, United States Code, Section 843(b))

## COUNT THREE

On or about April 1, 2019, in the District of Columbia, the defendant, **JEREMY LORENZO STEVENSON**, did knowingly and intentionally distribute more than fifty grams of methamphetamine, a Schedule II controlled substance.

(Unlawful Distribution of More Than Fifty Grams of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii))

## COUNT FOUR

On or about April 1, 2019, in the District of Columbia, the defendant, **JEREMY LORENZO STEVENSON**, did knowingly and intentionally use any communication facility, namely a phone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the offense set forth in Count Three of this indictment incorporated by reference herein.

(Using a Communication Facility to Facilitate a Drug Trafficking Felony, in violation of Title 21, United States Code, Section 843(b))

A TRUE BILL

FOREPERSON

*Jessie K. Liu* / KK
Attorney of the United States in
and for the District of Columbia