## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## STEVENS, JEREMY
CCN #: **16049875**
Arrest Number: **071610172**

The event occurred on **04/01/2016** at approximately **12:55** at **SEVENTH DISTRICT POLICE STATION, 2455 ALABAMA AVENUE SE, WASHINGTON, DC 20020**

---------------------------BODY WORN CAMERA ACTIVATED---------------------------

The offense occurred on 04/01/2016 at approximately 1101 hours. W-1, who is a 911 call taker for the Office of Unified Communications, answered a 911 call from [redacted]. The caller (D-1) was a male and requested the police. W-1 asked what the nature of the emergency was and S-1 replied, "Two officers just jumped out on me with guns and slammed me on the ground." W-1 then advised D-1 to respond to 7D to file a complaint. D-1 replied, "I went there. They told me they'd take a message. That's why those cops in Richmond got shot." W-1 then tried to deescalate the situation and again tried to advise D-1 to go back to the station. D-1 stated, "I'mma take matters into my own hands. In 10 minutes I am going to shoot the police at 7D so tell them to get ready". W-1 further stated to MPD officer Walker that D-1 made the statement to her because he went to the station to complain about some officers that had jumped out on him with their weapons drawn knocked him to the ground. D-1 claimed he did not do anything for that to happen.

W-1 then forwarded the call to the 7D radio zone dispatcher for broadcast.

Officers Garner and Saunders then advised that at 1011 hours, they received a call for 'man with a gun' at 7th and Alabama Ave SE. The officers located a subject matching the description and affected a stop. They determined the individual did not have a weapon through a pat down, but the subject became belligerent and combative. At that time, the officer allowed the subject to leave. A report was taken for 'Stop and Frisk' CCN-16049811.

Detective Pemberton obtained the phone number of the 911 caller and searched a police database. The number was registered to JEREMY STEVENSON, [redacted]. Detective Pemberton located images of STEVENSON in another police database.

Detectives compared the images in the police database to the images from the officer's body camera footage from the stop and frisk. STEVENSON was positively identified as the person from the stop and frisk.

Detectives broadcast the lookout over 7D of the suspects' name and description. A short time later, MPD officers Edards and Walker, in full uniform, operating a marked police cruiser and utilizing scout CD7112 located (D-1) in the 3200 block of Martin Luther King Jr Ave SE. As MPD officers Edwards and Walker attempted to approach D-1, D-1 fled (unprovoked) on foot in the direction of the 3000 blk of martin luther King Jr. Ave SE. A short foot pursuit ensued and D-1 was apprehended without incident. A WALES/NCIC check was conducted with the dispatcher and held negative results. D-1 was placed under arrest for APO and Threats to Kill. A search incident to arrest revealed that D-1 was in possession of a cell phone. Detective Pemberton called the suspect number of [redacted] and the suspect's phone began to ring.

D-1 was identified as JEREMY STEVENSON, [redacted], PDID: 630-663. D-1 was transported to 7D for processing.

Sgt Andelman (CDU 71 offical) was notified and responded to the scene.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **04/01/2016**

**WALKER, DONALD / 4875 / 9742 (04/01/2016) E-SIGNATURE**  **MONGAL, AUBREY / 4166 (04/01/2016) E-SIGNATURE**
Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk

**WALKER, DONALD / 4875 / 9742**  **MONGAL, AUBREY / 4166**
Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405