# M E M O R A N D U M



SUBJECT:   Arrest of Stevenson, Jeremy        DATE: 03 January 2018

FROM: Officer C. Young #685

TO: Sgt. V. Clayton

On 01-02-2018, Mr. Jeremy Lorenzo Stevenson was arrested at 1101 Howard Rd, SE, Washington, DC (Anacostia Metro station) for failing to pay the established Metro fare aboard bus 2878 running a B2 route.

During the course of the stop, Mr. Stevenson uttered several unprovoked statements, including:

"This is petty."
"I'll never pay for Metro. Even if I did 30 years in jail, I'd come out and still not pay. That's my hard-earned money."
"I should've run [away from] y'all."
"I should go overseas and let them all fuck you up."
"They're gonna come from other countries and kill all of you. I hope they do."
"I work security at stadiums."  (When R/O subsequently inquired if Mr. Stevenson works at the Capital One Arena in Washington, D.C., Mr. Stevenson stated he does.)
"You ruined my life. You should just shoot me. I'll do something to make you shoot me."

Metro
Transit
Police
Department

**LAW ENFORCEMENT SENSITIVE
NOT FOR GENERAL RELEASE**