AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JUN 0 6 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
JEREMY LORENZO STEVENSON

Defendant

Case: 19-cr-00189
Assigned To: Judge Tanya S. Chutkan
Assign. Date : 6/5/2019
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEREMY LORENZO STEVENSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
JEREMY LORENZO STEVENSON, did knowingly and intentionally distribute more than five grams of methamphetamine, a Schedule II controlled substance. (Unlawful Distribution of More Than Five Grams of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii)).
Subject did knowingly and intentionally use any communication facility, namely a phone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1). (Using a Communication Facility to Facilitate a Drug Trafficking Felony, in violation of Title 21, United States Code, Section 843(b))

Date: 06/05/2019

*Issuing officer's signature*

City and state: District of Columbia

Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/06/2019 07 PM, and the person was arrested on *(date)* 06/06/2019
at *(city and state)* Washington, DC.

Date: 06/06/2019

*Arresting officer's signature*

Special Agent Josh Mitchell
*Printed name and title*