# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

**FILED**
OCT 14 2022
Clerk, U.S. District and Bankruptcy Courts

U.S.A. vs. STEVENSON, Jeremy Lorenzo         Docket No.: 1:19CR00189-001

---

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒ Concurs with the recommendation of the Probation Office to *"take no action at this time and allow the probation office to address Mr. Stevenson's anti-social behavior through cognitive behavioral treatment."*

2. ☐ No action

3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution

4. ☐ Issuance of a summons and schedule a hearing

5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other _____

_Tanya S. Chutkan_
Tanya S. Chutkan
United States District Judge

October 10, 2022
Date