AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM 9:13
RECEIVED MAR 18 '24

| UNITED STATES OF AMERICA | ) |
| v. | ) |
| Jeremy Stevenson | ) Case No. 19-CR-189 (TSC) |
|  | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Jeremy Stevenson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petition [44]

Date: 3/15/2024

*Issuing Officer's Signature*

City and State: Washington, DC

Lauren Jenkins, Courtroom Deputy
*Printed Name and Title*

### Return

This warrant was received on *(date)* 03/18/2024, and the person was arrested on *(date)* 03/21/2024
at *(city and state)* Washington DC.

Date: 03/21/2024

*Arresting Officer's Signature*

Derek Stallman - DUSM
*Printed Name and Title*